Hummingbird Credit Counseling and Education, Inc.

## CERTIFICATE OF COMPLETION
## PERSONAL FINANCIAL MANAGEMENT INSTRUCTION COURSE

Certificate Number: 430091-M4743141-36

### Pamela Williams
13-32296

I CERTIFY that on December 6, 2013, at 8:48 AM EST, Pamela Williams has completed the Personal Financial Management Instructional Course, entitled "Personal Financial Skills and Your Pursuit of Happiness" from Hummingbird Credit Counseling and Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide debtor education courses in Alabama, Middle District.

By: Victoria S. Wright, Esq.

Date: December 6, 2013

Title: Executive Director of Education